1  MARTIN L. FINEMAN (SBN 104413)
   martinfineman@dwt.com
2  KELLY M. GORTON (SBN 300978)
   kellygorton@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California 94111
   Telephone: (415) 276-6500
5  Facsimile: (415) 276-6599

6  STEPHEN M. RUMMAGE (admitted pro hac vice)
   steverummage@dwt.com
   DAVIS WRIGHT TREMAINE LLP
7  1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
8  Telephone: (206) 622-3150
   Facsimile: (206) 757-7700

9  Attorneys for Defendant
   T-Mobile USA, Inc.
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| DIVERSIFIED CAPITAL INVESTMENTS, INC., a California Corporation, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | Case No. 3:15-CV-03373  VC <br><br> **NOTICE OF REQUEST FOR ORDER CONTINUING SECOND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** -DENIED <br><br> Judge:    Hon. Vince Chhabria <br> Date:     February 16, 2016 <br> Time:     1:30 p.m. <br> Location: Courtroom 4, 17th Floor |
|---|---|

Defendant T-Mobile USA, Inc. ("T-Mobile") respectfully submits that:

1. The Court's October 20, 2015 Order following the Initial Case Management Conference in the above-entitled action set a further Case Management Conference for February 16, 2016.

2. On February 9, 2016, the parties filed an Updated Joint Case Management Statement ("Updated Statement") reporting on the status of the case and requesting that the February 16, 2016 Case Management Conference be continued for approximately 60 days.

1       3.      Pursuant to the Updated Statement, T-Mobile respectfully request that the Court enter an Order Resetting the Case Management Conference for April 19, 2016 at 1:30 p.m. (or such other date as is convenient to the Court), with the parties to file a further updated Case Management Statement seven days before.

Dated: February 12, 2016                 DAVIS WRIGHT TREMAINE LLP

By:    */s/ Martin L. Fineman*
       Martin L. Fineman
      Attorneys for Defendant

**PURSUANT TO UPDATED STATEMENT, IT IS ORDERED:**

**The Parties' Further Joint Case Management Statement is due by** _____.

**The Case Management Conference is set for** _____.

DATED: February 16, 2016

                                           Hon.
                                           U.S.

The further case management conference set for February 16, 2016 remains on calendar.

[STAMP: DENIED — Judge Vince Chhabria — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

REQUEST FOR ORDER CONTINUING SECOND CMC
DIVERSIFIED V. T-MOBILE, CASE NO.: 3:15-CV-03373 VC
DWT 28920297v1 0048172-000676

2